# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 12, 2009

Marilyn Kelly,
Chief Justice

138055

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

STEPHEN J. SAFRANEK, EDWARD
C. LYONS, and PHILIP A. PUCILLO,
      Plaintiffs-Appellants,

v

           SC: 138055
           COA: 289237
           Washtenaw CC: 07-001134-CZ

THOMAS STEPHEN MONAGHAN,
BERNARD DOBRANSKI, and AVE
MARIA SCHOOL OF LAW,

        Defendants-Appellees,

and

FRIENDS OF AVE MARIA SCHOOL OF
LAW a/k/a AVE MARIA SCHOOL OF LAW
FOUNDATION, and AVE MARIA
FOUNDATION,
        Defendants.

_____/

      On order of the Court, the application for leave to appeal the December 30, 2008 and January 9, 2009 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2009

_____
Clerk

p0609